DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA CONSALVO,**
Appellant,

v.

**PUBLIX SUPERMARKETS, INC.,**
Appellee.

No. 4D17-3926

[November 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 15-016571(12).

Glen B. Levine of the Law Offices of Anidjar & Levine, P.A., Fort Lauderdale, for appellant.

Edward G. Guedes and Richard Rosengarten of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***